# United States Bankruptcy Court
## Middle District of Alabama

In re    **Arthur F. Gipson**                Case No.    **13-33110**
               Debtor(s)           Chapter    **7**

## NOTICE OF CONVERSION FROM CHAPTER 13 TO CHAPTER 7

PLEASE TAKE NOTICE that on **06/19/2015**, the above-captioned Chapter 13 case was converted to Chapter 7 pursuant to 11 U.S.C. §1307(a) and Federal Rule of Bankruptcy Procedure 1017(f)(3).

Date **June 19, 2015**          Signature    **/s/ Arthur F. Gipson**
                                                          Arthur F. Gipson
                                                          Debtor

Attorney    **/s/ Joshua C. Milam**
             **Joshua C. Milam ASB-3046-T99U**

**Shinbaum & Associates**
**566 South Perry Street**
**P O Box 201**
**Montgomery, AL 36101**
**334-269-4440- Selma 334-872-4545**
**Fax: 334-263-4096-Selma 334-874-1084**
**rshinbaum@smclegal.com**